UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUDDY OSIAS,
                              Plaintiff,

                              22 Civ. 870 (LGS)

          -against-

                              ORDER

DEPARTMENT OF CORRECTIONS OF NEW
YORK et al.,

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order, dated March 1, 2022, scheduled an initial pretrial conference for April 27, 2022, and required the parties to file a proposed joint letter and case management plan no later than fourteen days before the initial pretrial conference.

       WHEREAS, the parties failed to file the joint letter or proposed case management plan.

       WHEREAS, Defendants waived service and have not yet appeared in this action.  It is hereby

       **ORDERED** that the initial pretrial conference scheduled for April 27, 2022, is **adjourned** to **May 25, 2022, at 4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.  It is further

       **ORDERED** that by **May 18, 2022**, the City shall file a letter confirming that Pro se Plaintiff's facility will produce him for the initial pretrial conference.  It is further

       **ORDERED** that by **May 18, 2022**, the parties shall file a joint letter and proposed case management plan and scheduling order.

       The Clerk of Court is respectfully directed to mail this Order to Pro se Plaintiff.

Dated: April 14, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**