UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RUDDY OSIAS,
                              Plaintiff,

                             -against-

DEPARTMENT OF CORRECTIONS OF NEW
YORK et al.,

                             Defendants.
-------------------------------------------------------------X

22 Civ. 870 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order, April 14, 2022, 2022, scheduled an initial pretrial conference for May 25, 2022, and directed the parties to file a proposed joint letter and case management plan no later than fourteen days before the initial pretrial conference.

       WHEREAS, on April 29, 2022, Plaintiff filed a letter and proposed case management plan.  It is hereby

       **ORDERED** that the City shall confer with Plaintiff regarding his proposed case management plan and by **May 18, 2022**, file a letter stating whether it has any objections to his proposed case management plan.  It is further

       **ORDERED** that by **May 18, 2022**, the City shall file a letter confirming that Plaintiff's facility will produce him for the initial pretrial conference.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Plaintiff.

Dated: May 3, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE