UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
RUDDY OSIAS,                                             :
                              Plaintiff,                :
                                                        :                22 Civ. 870 (LGS)
             -against-                                  :
                                                        :                ORDER OF SERVICE
DEPARTMENT OF CORRECTIONS OF NEW    :
YORK et al.,                                            :
                                                        :
                              Defendants.  X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated February 16, 2022, the Court requested that Defendants

waive service of summons.

       WHEREAS, on March 16, 2022, the New York City Department of Correction agreed on

behalf of Defendants Schiraldi, Reyes, Hamlet and Carter to waive service.

       WHEREAS, Defendants have not appeared in this action.

       WHEREAS, an initial pretrial conference is scheduled for May 25, 2022.  It is hereby

       **ORDERED** that the initial pretrial conference scheduled for May 25, 2022, is **adjourned**

to **June 15, 2022,** at **4:30 p.m.,** on the following conference line: 888-363-4749, access code:

558-3333.  By **June 8, 2022,** the parties shall file a joint letter and proposed case management

plan, and the City shall confirm that Plaintiff's facility will produce him for the conference.  If

Defendants have not appeared and filed an answer to the complaint at that time, Plaintiff will be

directed to move for default.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Plaintiff,

and to notify the New York City Law Department of this Order.

Dated: May 19, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE