UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RUDDY OSIAS,                                              :
                              Plaintiff,    :
:      22 Civ. 870 (LGS)
            -against-                                   :
:      <u>ORDER OF SERVICE</u>
DEPARTMENT OF CORRECTIONS OF NEW  :
YORK et al.,                                              :
:
                            Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference is scheduled for June 15, 2022. It is hereby

**ORDERED** that the initial pretrial conference scheduled for June 15, 2022, is **adjourned** to **July 6, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. It is further

**ORDERED** that by **June 29, 2022**, the parties shall file a joint letter and proposed case management plan, and the City shall confirm that Plaintiff's facility will produce him for the conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Plaintiff.

Dated: June 3, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**