UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUDDY OSIAS,

                        Plaintiff,

         -against-

DEPARTMENT OF CORRECTIONS OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------X

22 Civ. 870 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pretrial conference is scheduled for July 6, 2022, at 4:30 p.m.

    WHEREAS, by Order dated June 3, 2022, the City was directed to file a letter by June 29, 2022, confirming that Plaintiff's facility will produce him for the conference.

    WHEREAS, the City has not filed a letter stating whether Plaintiffs facility will produce him for the conference. It is hereby

    **ORDERED** that by **July 1, 2022, at 12:00 p.m.**, the City shall file a letter stating whether Plaintiff's facility will produce him for the conference.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Plaintiff.

Dated: June 30, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE