UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUDDY OSIAS,
                                Plaintiff,

                    -against-

DEPARTMENT OF CORRECTIONS OF NEW
YORK, et al.,

                              Defendants.
------------------------------------------------------------X

22 Civ. 870 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference is scheduled for July 6, 2022, at 4:30 p.m.

      WHEREAS, by Orders dated June 3, 2022, and June 30, 2022, the City was directed to file a letter by June 29, 2022, confirming that Plaintiff's facility will produce him for the conference.

      WHEREAS, the City has not filed a letter stating whether Plaintiffs facility will produce him for the conference. It is hereby

      **ORDERED** that by **July 5, 2022, at 12:00 p.m.**, the City shall file a letter stating whether Plaintiff's facility will produce him for the conference. The City is advised that failure to respond to the Court's Orders may result in sanctions.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Plaintiff.

Dated: July 1, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE