

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **LAUREN RUBIN**<br>Phone: (212) 356-4377<br>Lrubin2@law.nyc.gov |

July 13, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Ruddy Osias v. Department of Corrections City of New York, et al.*,
              22-cv-870 (LGS)

Your Honor:

      I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to the defense of the above-referenced matter on behalf of Defendant City of New York ("City").

      Pursuant to the Court's Order dated July 5, 2022 (ECF No. 29), and in advance of the initial pretrial conference scheduled for July 20, 2022 at 4:30 p.m., I write to inform the Court that Plaintiff's New York State prison facility, the Elmira Correctional Facility ("Elmira"), has advised me that, due to staffing issues, the prison is unable to produce Plaintiff at 4:30 p.m. on the date of the conference. But the facility advised that it is able to produce Plaintiff at any time on July 20, 2022 (or any other date), between the hours of 8:00 a.m. and 3:00 p.m. Elmira staff further advised me that Plaintiff will be unable to make outgoing calls to the Court's conference call line but that the undersigned defense counsel will likely be able to call Plaintiff at a number to be provided by the facility in order for me to conference call the Court's conference call line with Plaintiff on the line.

      As such, given Elmira's inability to produce Plaintiff at 4:30 p.m., Defendant respectfully requests that the Court adjourn the initial conference to a date and time between 9:00 a.m. or 3:00 p.m., when the facility can produce Plaintiff, should such a time be convenient for the Court.

Defendant thanks the Court for its consideration herein.

Respectfully submitted,

/s/ LR

Lauren Rubin
Assistant Corporation Counsel

cc:  Plaintiff *Pro Se* (By mail)
Ruddy Osias
NYSID: 00016464N
DIN: 3492201884
Elmira Correctional Facility
1879 Davis Street,
P.O. Box 500
Elmira, NY 14901

Application **GRANTED**. The initial pretrial conference scheduled for July 20, 2022, at 4:30 p.m. is **adjourned** to **July 20, 2022,** at **2:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Plaintiff and to close the motion at Docket No. 30.

Dated: July 15, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**